FILED

08/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0291

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0291

_____

WILFRED L. DOLL and CHERI L. DOLL,

        Plaintiffs, Counter Defendants,
        Appellees and Cross Appellants,

  v.

LITTLE BIG WARM RANCH, LLC, LARRY H.
SMITH and MARK FRENCH,

        Defendants, Counter Plaintiffs
        and Appellants.

O R D E R

_____

LEVI DOLL and SHEILA DOLL,

        Intervenors.

_____

The record was filed for purposes of this appeal on July 3, 2023. The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellants shall prepare, file, and serve the opening brief on appeal no later than September 29, 2023. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 31 2023